IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 09-5007-01-CR-SW-GAF |
| | ) | |
| ROBIN GAYLE EAST, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Suppress Evidence (Doc. #32) in which Defendant argues that evidence seized and statements made during an interview on April 16, 2009, should be suppressed.

On September 23, 2009, Chief United States Magistrate Judge James C. England conducted an evidentiary hearing on the motion to suppress.

On October 16, 2009, Chief United States Magistrate Judge James C. England issued his Report and Recommendation (Doc. #41). On October 29, 2009, Defendant's Objections to the Report and Recommendation (Doc. #43) were filed.

Upon careful and independent review of the pending motion, Defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge James C. England.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence (Doc. #32) is OVERRULED and DENIED.

SO ORDERED.

<u>s/ Gary A. Fenner</u>
Gary A. Fenner, Judge
United States District Court

DATED: November 2, 2009

2

Case 6:09-cr-03046-GAF   Document 44   Filed 11/02/09   Page 2 of 2